AO 91 (Rev.5/85) Criminal Complaint　　　　　　　　　　　　　　　　AUSA Hayley Altabef (312) 353-5357

FILED
8/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　v.<br><br>JOSE ISAULA ULLOA<br>　　also known as "Josse Abimael Isavla-Ulloa,"<br>or "Michael Gool" | **CRIMINAL**<br><br>**COMPLAINT** CASE<br><br>NUMBER: 25 CR 503 |

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about August 4, 2025, at Chicago, in the Northern District of Illinois, Eastern Division, JOSE ISAULA ULLOA, also known as "Josse Abimael Isavla-Ulloa" or "Michael Gool", defendant herein,

> being an alien who previously had been deported and removed from the United States on or about October 23, 2020, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4). I further state that I am a Special Agent with the Bureau of Immigration and Customs Enforcement and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: August 22, 2025

　　　　　　　　　　　　　　　　　　　*Judge's signature*

City and state: Chicago, Illinois　　　YOUNG B. KIM, U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　*Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so employed for more than 20 years. My current responsibilities include the investigation of federal criminal violations, including deportation violations and investigations involving criminal aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that JOSE ISAULA ULLOA, also known as "Josse Abimael Isavla-Ulloa" or "Michael Gool," has violated 8 U.S.C. § 1326(a), Reentry of Removed Alien, by being present and found in the United States after having been deported. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging ISAULA ULLOA with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that ISAULA ULLOA committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge; my training and experience; my review of records maintained by the FBI, the Department of Justice, Immigration and Customs Enforcement, other components of the Department of

Homeland Security, and other government agencies, and information provided to me by various law enforcement personnel and witnesses.

4. According to DHS records, ISAULA ULLOA is a native and citizen of Honduras and has no claim to United States citizenship or lawful residence.

5. On or about May 3, 2004, ISAULA ULLOA was arrested by Customs and Border Protection for alien admissibility under Section 212 of the Immigration and Nationality Act. Following his arrest, ISAULA ULLOA was fingerprinted. The fingerprints taken were uploaded into NCIC and used to create ISAULA ULLOA's FBI Number, assigned as 907053PC7.

6. DHS records reflect that on or about October 8, 2020, ISAULA ULLOA was ordered removed from the United States by an Immigration Officer in Columbus, Ohio, and he was removed on or about October 23, 2020.

7. FBI Chicago retrieved a copy of ISAULA ULLOA's immigration form I-205 from the United States Citizenship and Immigration Service. The immigration form I-205 contains his A number and the fingerprint and photograph of defendant collected upon his October 2020 removal.

8. DHS records reflect that defendant has not applied for or received permission from the Secretary of the Department of Homeland Security to reenter the United States.

9. On or about August 4, 2025, defendant was arrested by the Chicago Police Department for possession of a controlled substance, a Class 4 Felony, and

retail theft for items totaling less than $300, a misdemeanor. Following this arrest, ISAULA ULLOA was again fingerprinted. The NCIC database indicated that the August 2025 fingerprints matched with Jose ISAULA ULLOA's FBI Number 907053PC7.

10. On July 27, 2025, FBI's Criminal Justice Information Services Division conducted a fingerprint comparison and verified that the fingerprints taken from ISAULA ULLOA on or about May 3, 2004, and associated with FBI number 907053PC7 is identical to the fingerprints taken of the individual who was removed from the United States on or about October 23, 2020.

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about August 4, 2025, in Chicago, Illinois, in the Northern District of Illinois, Eastern Division, Jose ISAULA ULLOA, also known as "Josse Abimael Isavla-Ulloa" or "Michael Gool," being an alien last removed from the United States on or about October 23, 2020, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication for admission into the United States, in

violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

                              FURTHER AFFIANT SAYETH NOT.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August 22, 2025.

YOUNG B. KIM
United States Magistrate Judge